AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>**A-1: 1133 W 5th Street #42 Tempe, Arizona 85281**<br>**A-2: A 2006 Silver Nissan Altima, with Arizona license plate CSC1516**<br>**A-3: A 2004 Green Toyota Sequoia with Arizona license plate NWA44C** | Case No. 21-368MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-1, A-2, and A-3.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before December 28, 2021 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

N/A  ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for <u>30</u> days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12-14-2021 @ 10:30 am    _Michelle Burns_
                                                Judge's signature

City and state: <u>Phoenix, Arizona</u>      <u>Honorable Michelle H. Burns, U.S. Magistrate Judge</u>
                                              *Printed name and title*

## ATTACHMENT A-1
*Property to be searched*

The property to be searched is **SUBJECT PREMISES**, located at **1133 W 5th Street #42 Tempe, Arizona 85281**, further described as a second story unit on the east side structure facing an inside courtyard. The apartment complex is block construction, grey in color with silver paneling on the outside of the second story unit. The numbers "42" are located on the front door. The front door is yellow in color and faces south. The windows to the unit face west towards the courtyard.





## ATTACHMENT A-2

*Property to be searched*

The property to be searched is **SUBJECT VEHICLE 1**, further described as a 2006 silver Nissan Altima, with Arizona license plate CSC1516 and Vehicle Identification Number (VIN) 1N4AL11D26N327312, registered to Kelli FOWLER.



## ATTACHMENT A-3

*Property to be searched*

The property to be searched is **SUBJECT VEHICLE 2**, further described as a 2004 Green Toyota Sequoia with Arizona license plate NWA44C and Vehicle Identification Number (VIN) 5TDZT34A34S212476, registered to Kelli FOWLER.





## **ATTACHMENT B**

*Property to be seized*

Items to be seized at the premise include the following:

1. Any firearms including handguns, pistols, revolvers, rifles, shotguns, machineguns, any other weapons, firearms parts, frames, receivers, lightning links, swift links, auto sears, accessories, magazines, cases, boxes, holsters;

2. Any ammunition and components including, bullets, brass, casings, boxes, and cases;

3. Any evidence of possession of firearms, to include gun boxes and transfer paperwork;

4. Any articles tending to establish the identity of persons who have dominion and control over the Subject Premises and Subject Vehicles, including rent receipts, utility bills, telephone bills, addressed mail, personal identification, keys, purchase receipts, sale receipts, photographs, vehicle pink slips, and vehicle registration;

5. Concealed Weapons Permits;

6. Books, records, receipts, notes, ledgers, and other papers relating to the possession, sale, transportation and transfer of firearms;

7. Any and all documents and paperwork related to immigration proceedings;

8. Any and all documents and paperwork associated with the identity of Akiel Jackson or Coy Jackson;

9. Any and all documentation regarding ownership or control of a storage unit,

to include receipts, invoices, notes or maps;

10. Any and all computers, cellular telephones, external hard drives, thumb drives, and other items of which electronic data can be stored to maintain these records.